1

2

3

4

5

6

7

8                                    UNITED STATES DISTRICT COURT

9                              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    D'ANGELO DOMINICO DAVIS,                         No.  2:13-cv-0967 DAD P

12                    Petitioner,

13          v.                                         ORDER

14    UNITED STATES OF AMERICA,

15                    Respondents.

16

17          Petitioner, a federal prisoner proceeding pro se, has filed an application for a writ of

18    habeas corpus pursuant to 28 U.S.C. § 1651.  Petitioner has not, however, filed an in forma

19    pauperis affidavit or paid the required filing fee ($5.00).  See 28 U.S.C. §§ 1914(a); 1915(a).

20    Petitioner will be provided the opportunity to either submit the appropriate affidavit in support of

21    a request to proceed in forma pauperis or submit the appropriate filing fee.

22          In accordance with the above, IT IS HEREBY ORDERED that:

23          1.  Petitioner shall submit, within thirty days from the date of this order, an affidavit in

24    support of his request to proceed in forma pauperis or the appropriate filing fee; petitioner's

25    failure to comply with this order will result in a recommendation that this action be dismissed;

26    and

27    /////

28    /////

                                                 1

1     2.  The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis

2  form used by this district.

3  Dated:  March 5, 2014

4

5                                          _____
                                           DALE A. DROZD
6  DAD:9                                   UNITED STATES MAGISTRATE JUDGE
   davi0967.101a
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                           2